AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF DELAWARE

In the Matter of the Search of
(Address or brief description of property to be seized)

$8,351 in U.S. Currency

SEIZURE WARRANT

CASE NUMBER: 06-79M



TO: __Postal Inspector James Danz__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Postal Inspector James Danz_ who has reason to believe that in the District of Delaware there is now certain property which is subject to forfeiture to the United States, namely(describe the property to be seized)

$8,351 in U.S. Currency.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _United States Magistrate Judge Mary Pat Thynge_ as required by law.

FILED
JUL 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__June 27, 2006__   at   __Wilmington, Delaware__
Date                     City and State

_Gregory M. Sleet_
Honorable Mary Pat Thynge
United States Magistrate Judge _District Judge_
District of Delaware
Name and Title of Judicial Officer          Signature of Judicial Officer

POSTAL INSPECTOR "JANE MULLIN"

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

U.S. CURRENCY:

$100 x 51 = 5,100.00
$50 x 18 = 900.00
$20 x 116 = 2320.00
$10 x 2 = 20.00
$5 x 1 = 5.00
$1 x 6 = 6.00

TOTAL    $8351.00

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_____  07/12/06

Subscribed, sworn to, and returned before me this date.

_____  7/12/06
U.S. Judge or Magistrate          Date